# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0068. ABAWA v. ALEBACHEW.**

Mastewal Abawa has filed a Motion to Extend Time to File Application for Discretionary Appeal. The motion is GRANTED; Movant is granted a 30-day extension resulting in a due date of November 7, 2025. No further extensions may be granted. See OCGA § 5-6-35 (d); 5-6-39 (a) (5), (c); Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/22/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*